TUVOCU  AO UC V OOLA
V  A    o   F  CCAC  A

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:07-00084-2 |
| | ) | Judge Sharp |
| ANTHONY MARSILLE SCOTT | ) | |

## MOTION TO RESET REVOCATION HEARING

**COMES** now ANTHONY MARSILLE SCOTT through counsel, First Assistant Federal Public Defender, Mariah A. Wooten, and moves this Honorable Court to enter an order rescheduling the revocation hearing in this matter presently scheduled for Tuesday, November 19, 2013, at 2:30 p.m. to the same date but at 10 a.m. Assistant United States Attorney Harold B. McDonough, Jr. and Lisa Capps, United States Probation Officer, have no opposition to this motion.

Respectfully submitted,

s/ Mariah A. Wooten
MARIAH A. WOOTEN (BPR #006259)
First Assistant Federal Public Defender
Attorney for Mr. Scott
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2013, I electronically filed the foregoing Motion to Continue Revocation Hearing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Harold Benton McDonough, Jr., Assistant United States Attorney, 110 9th Avenue, South, Suite A-961, Nashville, TN 37203 and by interoffice mail to Lisa Capps, U.S. Probation Officer, 801 Broadway, Nashville, TN 37203.

s/ Mariah A. Wooten
MARIAH A. WOOTEN