# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 3:07-00084-2** |
| | ) | **Judge Sharp** |
| **ANTHONY MARSILLE SCOTT** | ) | |


## <u>AGREED ORDER</u>


This matter came before the Court on November 19, 2013, on the Petition for

Warrant or Summons for Offender Under Supervision filed August 28, 2013. (D.E. 49).

The supervised release hearing is rescheduled until February 21, 2014, at 10 am.

Should Mr. Scott comply with all the terms of his supervised release as required, the

parties can submit an Agreed Order dismissing the Petition and the defendant shall

continue his term of supervised release.  If defendant fails to abide by the conditions of

supervision, he has agreed to serve a term of six months in custody, after which he shall

be returned to compete his term of supervised release.

It is so **ORDERED**.

**ENTERED** this 20th day of November, 2013.


_____
KEVIN H. SHARP
Judge, United States District Court

Approved:

/s/ *Harold B. McDonough, Jr., w/permission*

HAROLD B. MCDONOUGH, JR.

Assistant U.S. Attorney

110 Ninth Avenue South, Suite A-961

Nashville, TN 37203

615-736-5151

Attorney for the United States


/s/ *Mariah A. Wooten*

Mariah A. Wooten

First Assistant Federal Public Defender

810 Broadway, Suite 200

Nashville, TN  37203-3805

Telephone: (615) 736-5047

Attorney for Anthony Marsille Scott